1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

9

FOR THE NORTHERN DISTRICT OF CALIFORNIA

10
11

| | | |
|---|---|---|
| ADAM ANTHONY VASQUEZ, | ) | No. C 09-2714 LHK (PR) |
| | ) | |
| Petitioner, | ) | JUDGMENT |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| WARDEN RANDY GROUNDS, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

12
13
14
15
16
17
18        The Court has denied the instant petition for writ of habeas corpus on the merits.

19   Therefore, judgment is entered in favor of Respondent.  Petitioner shall take nothing by way of

20   his petition.  The Clerk shall close the file.

21         IT IS SO ORDERED.

22   Dated:    1/31/11

                                                    _Lucy H. Koh_
23                                                  LUCY H. KOH
                                                    United States District Judge

24
25
26
27
28

Judgment
P:\PRO-SE\SJ.LHK\HC.09\Vasquez714jud.wpd